# United States District Court
# District of Massachusetts

EDWARD SOUZA, As Administrator
    of the Estate of JAMES SOUZA,
        Plaintiff,

                                      CIVIL ACTION NO. 2009-11400-PBS

THOMAS HODGSON, ETC.,
BRISTOL COUNTY,
PRISON HEALTH SERVICES, INC.,
CERTAIN UNKNOWN INDIVIDUALS,
        Defendants.

## ORDER ON DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY FROM THE PLAINTIFF (#30)

COLLINGS, U.S.M.J.

    It is ORDERED that Defendants' Joint Motion to Compel Discovery from, the Plaintiff (#30) be, and the same hereby is, ALLOWED.

    The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve full and complete answers to the interrogatories served by Bristol County and Prison Health Services, Inc. *on or before the close of business on Friday,*

*August 6, 2010.*

The plaintiff is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve full and complete response to the requests for production of documents served by Bristol County and Prison Health Services, Inc. and to produce copies of all requested documents *on or before the close of business on Friday, August 6, 2010.*

*THE PLAINTIFF HAS WAIVED ANY AND ALL OBJECTIONS HE MIGHT HAVE HAD TO THE INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS BY FAILING TO ASSERT OBJECTIONS TO THEM WITHIN THE TIME SET BY THE FEDERAL RULES OF CIVIL PROCEDURE.* See Local Rule 33.1(C)(1) (D. Mass.).

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: July 26, 2010.