FOR THE DISTRICT OF MASSACHUSETTS

EDWARD SOUZA AS ADMINISTRATOR
OF THE ESTATE OF JAMES SOUZA,
    Plaintiff

v.                                         CA #: 09-CV-11400-PBS

THOMAS HODGSON, Individually and in his
Capacity as Sheriff of Bristol County,
BRISTOL COUNTY and
PRISON HEALTH SERVICES, INC., and
CERTAIN UNKNOWN INDIVIDUALS,
    Defendants.

### ORDER ON DEFENDANT PHS' MOTION AUTHORIZING THE MEDICAL EXAMINER'S OFFICE TO DISCLOSE THE AUTOPSY REPORT OF JAMES SOUZA

COLLINGS, U.S.M.J.

Pursuant to 505 CMR 1.04 it is hereby ordered that the Massachusetts State Medical Examiner's Office is authorized to disclose the complete autopsy report of James E. Souza, M.E. Case # 06-9058, to counsel for Prison Health Services, Inc.

SEP 1 3 2010

ROBERT B. COLLINGS
United States Magistrate Judge

Date: _____

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210